1 CENTER FOR DISABILITY ACCESS
Amanda Seabock, SBN 289900
2 Dennis Price, SBN 279082
3 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
4 (858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:20-CV-04363-LHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| BLOSSOM SNELL, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant, | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties are currently focusing efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, anticipates that the settlement will be consummated within the coming sixty (60) days, and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.

CENTER FOR DISABILITY ACCESS

Dated: February 3, 2021     By:   /s/Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff