CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Attorney for Defendant
Blossom Snell, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>BLOSSOM SNELL, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendant. | Case: 5:20-CV-04363-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 4, 2021        CENTER FOR DISABILITY ACCESS

                                              By: /s/Amanda Seabock
                                                  Amanda Seabock
                                                  Attorney for Plaintiff

Dated: March 4, 2021        LAW OFFICE OF RICK MORIN, PC

                                              By: /s/Richard Morin
                                                  Richard Morin
                                                  Attorneys for Defendant
                                                  Blossom Snell, LLC

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Blossom Snell, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 4, 2021           CENTER FOR DISABILITY ACCESS

                                   /s/Amanda Seabock
                                 Amanda Seabock
                                 Attorney for Plaintiff